## Siegel, Cooper & Co. v. Henry Schneck.

1. GARNISHMENT—*What Debts May be Reached by.*—A garnishing judgment creditor of several joint, who are also several judgment debtors, has all the rights that either one of such debtors has, and may maintain garnishment proceedings for a debt due to only one of such judgment debtors. Lake Shore & M. S. Ry. Co. v. Scott, 67 Ill. App. 92.

Garnishment.—Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed December 14, 1896.

North Chicago Street R. R. Co. v. Leonard.

A. BINSWANGER, attorney for appellant.

CRATTY BROTHERS & JARVIS, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.
This case presents only the question, answered in the affirmative in Lake Shore & Michigan Southern Ry. v. Scott (p. 92, this volume), whether a judgment creditor of two jointly, may garnish the debtor of one of them.

It is enough now to refer to that case for the reasons for which the judgment appealed from is affirmed.